[No. 72837-7-I.   Division One.   May 26, 2015.]

SOUNDBUILT NORTHWEST, LLC, *Respondent*, v. THOMAS PRICE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-05542-1, Katherine M. Stolz, J., entered January 17, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Lau, J.

[No. 32127-4-III.   Division Three.   May 26, 2015.]

MICHAEL CHIOFAR GUMMO BEAR, *Appellant*, v. THE STATE OF WASHINGTON ET AL., *Defendants*, MICHAEL UNDERWOOD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-06657-3, Ronald E. Culpepper, J., entered September 27, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

[No. 32323-4-III.   Division Three.   May 26, 2015.]

LUCIA MUMM ET AL., *Appellants*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 13-2-00538-8, John W. Lohrmann, J., entered February 3, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.